Willie H Yazzie Jr #211390
Name and Prisoner/Booking Number

ASPC-Tucson Unit: WINCHESTER - 8B2B
Place of Confinement

P.O. Box 24401
Mailing Address

Tucson, Az. 85734-4401
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED    LODGED
RECEIVED    COPY

OCT 1 3 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

WILLIE H. YAZZIE JR. ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Graham County Jail ,
(Full Name of Defendant)

(2) Public Health ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-20-436-TUC-JGZ-PSOT

CASE NO. _____

(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Graham County Jail .

Revised 3/11/16

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Graham County Jail_. The first Defendant is employed
as: _County Detention Center_ at _County Jail_.
                     (Position and Title)                                      (Institution)

2.  Name of second Defendant: _Public Health_. The second Defendant is employed as:
as: _Health Provider_ at _Graham County Jail_.
                     (Position and Title)                                      (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed
as: _____ at_____.
                     (Position and Title)                                      (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at_____.
                     (Position and Title)                                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *negligence in proper medical care and proceedure*

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *While in custody within Graham County Jail, I fell twice due to loss of feeling in my legs from prior injury caused by conduct of Graham County Sheriffs. at neither time was I given proper medical care for the falls sustained in County Jail. Further damage from said falls caused me to sustain more injury to my back, legs, and elbow and hand. The first time that I fell while in County Jail when officers came in they told me by way of the medical staff that I could get up or crawl back to my cell officers then dragged me by my pants and shirt to my cell*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *Further Damage to previous injuries*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *Graham County Jail and medical staff refused to provide grievance or help in seeking help*

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _negligence of proper medical care by providers_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Two times I fell while in County Jail, all medical help that I tried to receive was denied. Was never seen by a provider or taken to the Hospital for X-rays. From the fall caused by Graham County Sheriffs and the two within the County Jail I have sustained injuries of a chipped elbow, pinched nerves, and damage to my back. That were not checked or Taken care of by the medical providers in contract within the Graham County Jail. During the time of my first fell in County Jail the medical nurse and officer told me I could get up or crawl to my cell. Medical staff stated that they would not have me sent to the hospital and the county officer dragged by my shirt and pants back to my cell_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Further Damage to previous injuries_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Graham County Jail and medical staff refused to provide grivance and help in seeking it_

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____ _____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes　　☐ No
   b. Did you submit a request for administrative relief on Count III?　　　　　　☐ Yes　　☐ No
   c. Did you appeal your request for relief on Count III to the highest level?　　☐ Yes　　☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:
monetary Relief from Graham County Jail and Public Health.
For the negligence in proper medical proceedure and for
the negligence of proper medical care by providers, seeking
payment of 950,000 from each party as well as all medical
needs, legal fees, Taxes and medical needs and care

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07-06-20**
             DATE

_Willie H. Yazzie Jr._
SIGNATURE OF PLAINTIFF

_Robert L. Stewart Jr._

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.